## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICK L. KNIGHT,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 07-CV-127-DRH**

**VIPIN K. SHAH, M.D.,**
**OFFICER WISEMAN, and**
**OFFICER WIEDAW,**

    **Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motions for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment **(Doc. 44)** is **GRANTED** on all Counts of Plaintiff's Complaint against him and this case is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of defendant **VIPIN K. SHAH,** and against plaintiff **RICK L. KNIGHT** ------------------------------------------------------------------------------------------------------------

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment **(Doc. 46)** is **GRANTED** on all Counts of Plaintiff's Complaint against them and this case is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of defendants **OFFICER KENNETH WISEMAN and OFFICER MARK WIEDAW,** and against plaintiff **RICK L. KNIGHT** ---------------------

                                                                **KEENAN G. CASADY, CLERK**

January 30, 2009                           BY:  /s/Robin Butler
                                                        Deputy Clerk

APPROVED: *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**